714

seph M. Smith, Assistant District Attorney, F. Emmett Fitzpatrick, Jr., First Assistant District Attorney, and James C. Crumlish, Jr., District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Sarisky, Appellant, v. Russell.

Submitted June 14, 1965. Joseph Sarisky, appellant, in propria persona; Sanford S. Marateck, Assistant District Attorney, and H. F. Bonno, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Sarisky, Appellant, v. Russell.

Submitted June 14, 1965. Joseph Sarisky, appellant, in propria persona; Sanford S. Marateck, Assistant District Attorney, and H. F. Bonno, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Sarisky, Appellant, v. Russell.

Submitted June 14, 1965. Joseph Sarisky, appellant, in propria persona; Sanford S. Marateck, Assistant District Attorney, and H. F. Bonno, District Attorney, for appellee.
Order affirmed.